23 F.3d 1497
 UNITED STATES of America, Plaintiff-Appellee,
v.
Robert PITNER, Defendant-Appellant.
UNITED STATES of America, Plaintiff-Appellee,
v.
David M. HANSON, Defendant-Appellant.
 Nos. 90-10299, 90-10318.
 United States Court of Appeals,
Ninth Circuit.
 May 4, 1994.
 
 J. Frank McCabe, Goorjian & McCabe, San Francisco, CA, for defendant-appellant Robert Pitner.
 Juliana Drous, Tamburello, Hanlon & Brescianai, San Francisco, CA, for defendant-appellant David Hanson.
 Eric J. Swenson, Asst. U.S. Atty., San Francisco, CA, for plaintiff-appellee.
 On Remand from the United States Supreme Court.
 Before: HALL and WIGGINS, Circuit Judges, and BURNS,* Senior District Judge.
 ORDER
 Upon consideration of the Supreme Court's decision in Pitner v. United States, --- U.S. ----, 114 S.Ct. 873, 127 L.Ed.2d 70 (1994), and Hanson v. United States, --- U.S. ----, 114 S.Ct. 873, 127 L.Ed.2d 70 (1994), we hereby withdraw the opinion, see 979 F.2d 156 (9th Cir.1993), and unpublished memorandum, see Nos. 90-10299, 90-10318 (9th Cir. Nov. 2, 1992), in the above-captioned cases.
 Further, we reverse and remand the appellants' cases for a new trial consistent with Ratzlaf v. United States, --- U.S. ----, 114 S.Ct. 655, 126 L.Ed.2d 615 (1994).
 REVERSED and REMANDED.
 
 
 
 *
 The Honorable James M. Burns, Senior United States District Judge for the District of Oregon, sitting by designation